# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                  3:08cr79/MCR

**MICHAEL GUY LEONARD,**
        Defendant.
_____

## REPORT AND RECOMMENDATION

A <u>Faretta</u> hearing was held on February 19, 2010 before the undersigned. Defendant, Michael Guy Leonard, was present with counsel. Counsel for the government was also present. Based on the discussion on the record, I respectfully recommend that defendant's Motion for Self-Representation and Appointment of Standby Counsel (doc. 915) be granted.

**Dated: February 19, 2010**

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be made during the ongoing pre-trial conference. Failure to object may limit the scope of appellate review of factual findings.** <u>See</u> **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**