IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                              CASE NO.: 3:08cr79/MCR

MICHAEL GUY LEONARD,
      Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 19, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The defendant's, Michael Guy Leonard, Motion for Self-Representation and Appointment of Standby Counsel (doc. 915) is GRANTED.

DONE AND ORDERED this 19th day of February, 2010.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**