**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO.:  3:08cr79/MCR

MICHAEL GUY LEONARD

_____/

## AMENDED ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 19, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, as well as the realtime transcript of the February 19, 2010, hearing on defendant's Motion for Self-Representation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The defendant's, Michael Guy Leonard, Motion for Self-Representation and Appointment of Standby Counsel (doc. 915) is GRANTED.


**DONE AND ORDERED** this 26th day of February, 2010.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**