UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.  3:08cr79/MCR
3:13cv306/MCR/CJK

**MICHAEL GUY LEONARD**
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 12, 2013. (Doc. 1783). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of Defendant's timely filed objections. (Doc.1786).

Having considered the Report and Recommendation, and Defendant's objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Government's motion to dismiss (doc. 1766) is **GRANTED** and Defendant's motion to vacate, set aside, or correct sentence (doc. 1762) is **DENIED and DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 20th day of February, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**